## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

NORFOLK SOUTHERN RAILWAY
COMPANY,

     Plaintiff,

v.                                                 Case No: 8:15-cv-909-T-30JSS

G.A. PAPER INTERNATIONAL
(USA), INC.,

     Defendant.

_____

## ORDER OF DISMISSAL

Before the Court is the Stipulation of Dismissal (Dkt. #36).  Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.    This cause is dismissed with prejudice, each party to bear their own attorney's fees and costs.

2.    All pending motions are denied as moot.

3.    The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 20th day of January, 2016.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record